# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0198

_____

MICAH LAMB,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

May 23, 2018

PER CURIAM.

The petition for belated appeal is denied. *See* Fla. R. App. P. 9.141(c)(5)(A).

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Micah Lamb, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.